# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Deborah B. Anthony,

       Plaintiff(s),                              JUDGMENT IN A CIVIL CASE

vs.                                             3:06cv492

Michael J. Astrue,

       Defendant(s).

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 12/7/07 Order.

                                                        Signed: December 7, 2007

Frank G. Johns, Clerk
United States District Court